UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.

                              Case No. 26-30223
                              Originating No. 26MJ260


**JEREMY CHRISTOPHER FORD,**

      Defendant.

_____/

**<u>GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF</u>**


Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JEREMY CHRISTOPHER FORD,** to answer to charges pending in another federal district, and states:

1. On **<u>April 23, 2026,</u>** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **<u>Southern District of Texas based on a Complaint</u>** .  Defendant is charged in that district with violation of **<u>18 USC Sections 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm.</u>**


2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney


s/*Jeanine Brunson*
JEANINE BRUNSON
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: April 23, 2026